UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:05-cv-508-FtM-34DNF

EUGENIA CLARK, as Personal
Representative of the Estate of
Erik Dorian Clark,

    Plaintiffs,

vs.

PRISON HEALTH SERVICES, INC.;
SHERIFF MIKE SCOTT, AS SHERIFF
OF LEE COUNTY, FLORIDA; ANDREW
PAUL SAFRON, M.D.; and MARVIN
NICOLAS, D.O.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants PRISON HEALTH SERVICES, INC., SHERIFF MIKE SCOTT, AS SHERIFF OF LEE COUNTY, FLORIDA, ANDREW PAUL SAFRON, M.D. and MARVIN NICHOLAS, D.O. hereby provide notice to the Court that all issues between the parties have been settled. Notices of Voluntary Dismissal will be filed with the Court once the closing documents have been prepared and the settlement amount paid. This should occur within thirty (30) days.

I HEREBY CERTIFY that on the 20th day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via CM/ECF this day on C. STEVEN YERRID, ESQ., The Yerrid Law Firm, 101 E. Kennedy Boulevard, Suite 3910, Tampa, FL 33602 and ROBERT C. SHEARMAN, ESQ., Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Ft. Myers, FL 33902-0280.

    BUNNELL WOULFE KIRSCHBAUM KELLER
    McINTYRE GREGOIRE & KLEIN, P.A.
    Attorneys for Medical Defendants
    One Financial Plaza, Suite 900
    100 Southeast Third Avenue
    Fort Lauderdale, FL 33394

Telephone: (954) 761-8600
Facsimile: (954) 463-6643
Email: gat@bunnellwoulfe.com
By    s/Gregg A, Toomey
    Gregg A. Toomey
    Florida Bar No. 159689

\*\*Signed by Gregg A. Toomey on behalf of Robert C. Shearman, Esq.

ROBERT C. SHEARMAN, ESQUIRE
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Ft. Myers, FL 33902-0280
Telephone: (239) 344-1100
Facsimile: (239) 344-1200
Email: robert.shearman@henlaw.com

BY    s/Robert C. Shearman
    Robert C. Shearman
    Florida Bar No. 614025