UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:05-cv-508-FtM-34DNF

EUGENIA CLARK, as Personal
Representative of the Estate of
Erik Dorian Clark,
    Plaintiffs,

vs.

PRISON HEALTH SERVICES, INC.;
SHERIFF MIKE SCOTT, AS SHERIFF
OF LEE COUNTY, FLORIDA; ANDREW
PAUL SAFRON, M.D.; and MARVIN
NICOLAS, D.O.
    Defendants.
_____/

**JOINT STIPULATION AND FINAL ORDER OF DISMISSAL**

    Plaintiff Erik Clark and Defendants Prison Health Services, Inc., Sheriff Mike Scott, as Sheriff of Lee County, Florida, Andrew Paul Safron, M.D. and Marvin Nicholas, D.O., jointly stipulate for the entry of a Final Order of Dismissal with prejudice with respect to the Plaintiff's claims against this Defendant, each party to bear their own costs and attorney's fees, and all liens and subrogated interests are to be paid by Plaintiff out of the proceeds of the settlement made in this case. Plaintiff and Defendants, respectfully advise the Court that all matters and things in dispute between these parties have been amicably settled and resolved.

    DATED this   15th   day of October, 2007.

| | |
|---|---|
| BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A.<br>Attorneys for Defendant<br>One Financial Plaza, Suite 900<br>100 Southeast Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 761-8600<br>Email: gat@bunnellwoulfe.com<br>BY:  s/Gregg A. Toomey<br>    Gregg A. Toomey<br>    Fla. Bar No.: 159689 | The Yerrid Law Firm<br>101 E. Kennedy Boulevard<br>Suite 3910<br>Tampa, FL 33602<br>Telephone: (813) 222-8222<br>Facsimile: (813) 222-8224<br>Email: tjudge@yerridlaw.com<br><br>BY:    s/Tammy J. Judge<br>    Tammy J. Judge<br>    Fla. Bar No.: 0280770 |

*Signed by Gregg A. Toomey on behalf of all counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:05-cv-508-FtM-34DNF

EUGENIA CLARK, as Personal
Representative of the Estate of
Erik Dorian Clark,
    Plaintiffs,

vs.

PRISON HEALTH SERVICES, INC.;
SHERIFF MIKE SCOTT, AS SHERIFF
OF LEE COUNTY, FLORIDA; ANDREW
PAUL SAFRON, M.D.; and MARVIN
NICOLAS, D.O.
    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE coming on to be heard upon the foregoing Joint Stipulation for the entry of a Final Order of Dismissal herein, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the above-styled cause be and the same is hereby dismissed with prejudice, each party to bear their own fees and costs, and all liens and subrogated interests are to be paid by Plaintiff out of the proceeds of the settlement between the parties to this Stipulation.

DONE AND ORDERED at Ft. Myers, Florida, this ____ day of October, 2007.

_____
Marcia Morales Howard

Copies Furnished:  Tammy J. Judge, Esq., Bank of America Plaza, Suite 3910, 101 East Kennedy Boulevard, Tampa, FL 33601 and Gregg A. Toomey, Esq., 100 SE 3 Avenue, Suite 900, Ft. Lauderdale, FL 33394.